**FILED**

MAY − 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ryan Poullard (Shangowande Orunmila), ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.  07 0825 |
| ) | |
| Federal Bureau of Prisons, ) | |
| ) | |
| Defendants. ) | |

### TRANSFER ORDER

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. Plaintiff is a prisoner incarcerated at the Federal Correctional Center in Beaumont, Texas. He sues the Bureau of Prisons for damages, but a damages claim against a United States agency component is properly brought against the United States under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b), 2671-2680. The FTCA requires that "[a]ny civil action on a tort claim against the United States . . . be prosecuted only in the judicial district where the plaintiff resides or wherein the act or omission complained of occurred." 28 U.S.C. § 1402(b). The events giving rise to the complaint occurred at FCC Beaumont located in the Eastern District of Texas, which is also where plaintiff is confined. Accordingly, it is this 6th day of ~~March~~ April 2007,

ORDERED that pursuant to 28 U.S.C. § 1406(a), this action is hereby TRANSFERRED to the United States District Court for the Eastern District of Texas. The Clerk of this Court shall file and docket the complaint. Whether plaintiff should be permitted to proceed further without prepayment of fees is a determination to be made by the transferee court.

_____
United States District Judge